# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MEEKS,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>A. NUNEZ, et al.,<br>　　　　　　　　Defendant. | CASE NO. 13cv973-GPC(BGS)<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTIONS**<br><br>[Dkt. Nos. 155.] |

On June 2, 2016, Plaintiff filed Objections to several aspects of this case. (Dkt. No. 155.) First, he objects to the second amended scheduling order regulating discovery and other pre-trial proceedings filed on May 19, 2016 because it erroneously states that a case management conference was held on October 30, 2014 when in fact one was not held on that date. (Dkt. No. 152 at 1.) This argument is without merit. It appears that there was a typo and the case management conference was held on October 29, 2015. (Dkt. No. 111.) Moreover, there is no prejudice or harm to Plaintiff based on the typo.

Second, Plaintiff complains that around May 8, 2016, he filed an objection and a notice of appeal to this Court's Order Overruling Objections to Magistrate Judge's Discovery Ruling and Denying Defendants' Motion for an Order Imposing Terminating Sanctions, (Dkt. No. 145), and the Court did not consider those objections in the Court's Order Summarily Denying Defendants' Motion for an Order Imposing Terminating Sanctions against Plaintiff filed on May 19, 2016, (Dkt. No. 151). As an

initial matter, the docket does not reflect any objection or notice of appeal filed after the Court's order entered on May 4, 2016.[1] Second, there is no procedure for Plaintiff to file objections to rulings of the undersigned judge, and Plaintiff provides no legal authority supporting his assertion.

Based on the reasoning below, the Court OVERRULES Plaintiff's Objections.

IT IS SO ORDERED.

DATED: June 15, 2016

HON. GONZALO P. CURIEL
United States District Judge

---

[1] Plaintiff also contends that he has not received a ruling on his Objections filed around May 8, 2016 and not received a conformed copy of his notice of appeal from the Court. However, as noted above, the Court's docket does not reflect any Objections or notice of appeal filed in this Court around May 8, 2016. Therefore, his argument is without merit.